1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

| | |
|---|---|
| UNIGARD INSURANCE COMPANY, a foreign insurer, | No. 2:18-cv-291 |
| Plaintiff, | **STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OR COSTS UNDER F.R.C.P 41(a)(1)(A)(ii)** |
| vs. | |
| LIBERTY MUTUAL INSURANCE COMPANY, a foreign insurer, | **CLERK'S ACTION REQUIRED** |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Unigard Insurance Company (hereinafter "Unigard") and Defendant Liberty Mutual Insurance Company (hereinafter "Wasau") hereby jointly voluntarily dismiss this case without prejudice or costs to either party.

In relevant part, Federal Rule of Civil Procedure 41(a)(1) provides as follows:

**(a) Voluntary Dismissal.**

**(1)** *By the Plaintiff.*

JOINT DISMISSAL – 1
NO. 2:18-cv-291

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1    **(A)** *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66

2    and any applicable federal statute, the plaintiff may dismiss an action

3    without a court order by filing:

4    **(i)** a notice of dismissal before the opposing party serves either an

5    answer or a motion for summary judgment; or

6    **(ii)** a stipulation of dismissal signed by all parties who have

7    appeared.

8    Fed. R. Civ. P. 41(a).

9    DATED this 10th day of May, 2018.

10

LETHER & ASSOCIATES, PLLC                    BULLIVANT HOUSER BAILEY PC

11

*/s/ Thomas Lether*_____           /s/*Michael Guadagno*_____

12   Thomas Lether, WSBA #18089            Michael A. Guadagno, WSBA #34633
*/s/ Eric Neal*_____          E-mail: michael.guadagno@bullivant.com

13   Eric J. Neal, WSBA #31863             *Attorney for Liberty Mutual Insurance*
     1848 Westlake Avenue N, Suite 100     *Company*

14   Seattle, WA 98109
     P:  (206) 467-5444/F: (206) 467-5544

15   eneal@letherlaw.com
     tlether@letherlaw.com

16   *Counsel for Unigard Insurance Company*

17

18

19

20

21

22

23

JOINT DISMISSAL – 2
NO. 2:18-cv-291

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the party mentioned below as indicated:

> Michael A. Guadagno, WSBA #34633
> E-mail: michael.guadagno@bullivant.com
> *Attorney for Liberty Mutual Insurance Company*

**Via:**     **[X] ECF**                          **[ ] E-mail**                          **[ ] Via U.S Mail**

Dated this 10th day of May, 2018, at Seattle, Washington.

*/s/ Andrei Teretchenko*      ___
Andrei Teretchenko | Paralegal

JOINT DISMISSAL – 3
NO. 2:18-cv-291